# EXHIBIT 1 - Complaint

Registration Number

# VA 2-426-727

**Effective Date of Registration:**
January 02, 2025
**Registration Decision Date:**
January 03, 2025

## Title

| | |
|---|---|
| Title of Work: | Cats. Cartoon vector seamless wallpaper |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | August 16, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | Lithuania |
| Anonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sci Spark LLC<br>8 The Green Suite B, Dover, DE, 19901 |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Sci Spark LLC |
| Address: | 8 The Green Suite B<br>Dover, DE 19901 |

## Certification

| | |
|---|---|
| Name: | Shengmao Mu |
| Date: | January 02, 2025 |

Page 1 of 2

