**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SCI SPARK LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-00506-WSH |
| v. | ) | |
| | ) | Hon. Judge W. Scott Hardy |
| Abucaky et al, | ) | |
| Defendants. | ) | |

**Defendants' Unopposed Motion for Extension of Time to File Document**

**NOW COME** certain defendants[1] ("Defendant"), by and through its undersigned counsel, and respectfully requests this Honorable Court to extend the time to file its opposition to Plaintiff's motion to enforce settlement agreement, stating as follows:

1.  Defendants were ostensibly served with process on April 28, 2025.  [Dkt. 26].

2.  Defendants have been substantively engaged with Plaintiff in settlement negotiations including the review of Plaintiff's evidence, defenses, and offers.  Defendants require a short additional time to explore settlement or exhaust the prospect thereof and file a response to the Complaint. Defendants submit that Plaintiff will not be materially prejudiced by a short extension as a short time has passed since the original response deadline and non-appearing defendants may be separately defaulted.

3.  This Court may, for good cause, extend the time by which a defendant's responses are due after the time has expired if a defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).  "Good cause" is a relatively lenient standard.  *See*, Davis v. Ace Hardware Corp., 2014 WL 2990329, at *3 (D. Del. July 2, 2014); 1 Moore's Federal Practice § 6.06 [2] p. 632

---

[1] DOE 4: AmoyStreet, DOE 5: AMXYFBK(7-15 days delivery), DOE 16: Caikeny, DOE 38: Fstudio, DOE 60: JSTEL, DOE 86: NaRHbrg Fashion, DOE 94: Rainnielove, DOE 101: SheKin, DOE 104: Skycess, DOE 132: Yasala, DOE 137: yoyoto, DOE 258: EQWLJWE, DOE 260: fartey, DOE 261: FAVIPT, DOE 264: hgsbede, DOE 270: PengYanTe, DOE 277: WXLWZYWL, DOE 278: Yardsong, DOE 279: Youyou, DOE 280: YUHGODO

(Matthew Bender 3d ed. 2013). *See also*, <u>Zurich Am. Ins. Co. v. Gutowski</u>, 644 F. Supp. 3d 123, 132 (E.D. Pa. 2022), *citing*, <u>Hritz v. Woma Corp.</u>, 732 F.2d 1178, 1181 (3d Cir. 1984) ("[D]efault judgments are generally disfavored over a resolution of a case on the merits."); <u>Anderson v. Stanco Sports Library, Inc.</u>, 52 F.R.D. 108, 109 (D. S.C. 1971) ("[T]o enter default would deprive defendant of its day in court and preclude just determination of the question of liability."). Moreover, the interests of judicial efficiency may not only be considered good cause under Rule 6, but also forgive a defendant's excusable neglect.  *See*, <u>White v. Marshall</u>, 2009 WL 230096, at *3 (E.D. Wis. Jan. 30, 2009); *See also*, <u>Kane v. Fin. of Am. Reverse, LLC</u>, 2018 WL 2001810, at *2 (S.D. Ind. Apr. 30, 2018) (granting extension to file document sixteen days late where delay was minimal, not impactful to the case moving forward, and not prejudicial to the opposing party).

4.  Defendants respectfully request this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Complaint, if ultimately necessary, to June 23, 2025.

5.  This motion has been filed in good faith and is not interposed for purposes of delay.

6.  This is the first motion for an extension of time filed by Defendants in this case.

7.  Plaintiff has expressed that it does not oppose Defendants' requested extension.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Honorable Court enter an Order.

A.  Allowing Defendant until June 23, 2025 to respond to Plaintiff's motion to enforce settlement agreement.

Dated this May 27, 2025

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606

(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice*

## Certificate of Service

I certify that on May 27, 2025, I electronically submitted the foregoing CM/ECF, which will send

notification of such filing to all counsel of record.

Dated:          May 27, 2025

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice*
