UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br>            Defendants. | Case No. 25-cv-506<br><br>**Judge Hon. W. Scott Hardy** |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sci Spark LLC ("Plaintiff") and Defendant LINQINGMI (Def. #67) ("Defendant) hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

Date: June 5, 2025

/s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaitiff*

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
**The Law Offices of James Liu PLLC**
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Tel: (305) 209-6188
Email: jamesliulaw@gmail.com

*Counsel for Defendant*

1